IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOROTHY WENZEL on behalf of
herself and all others similarly situated,

    *Plaintiff,*

v.                                                                                   Case No. 3:14-cv-432

GLADE M. KNIGHT, et al.,

    *Defendants.*

## ORDER

This matter comes before the Court on the defendants' *Motion to Dismiss for Failure to State a Claim* (Dk. No. 38). For the reasons given in the accompanying Opinion, the Court GRANTS the motion and DISMISSES the plaintiff's first amended complaint.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: June 1, 2015
      Richmond, Virginia

                                          /s/
                              John A. Gibney, Jr.
                              United States District Judge